IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:<br>**Jonathan T. Betz**<br>**Ginette M. Betz**<br><br>Debtor<br><br>**Jonathan T. Betz**<br>**Ginette M. Betz**<br><br>Movant<br><br>v.<br><br>No Respondent | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Bankruptcy No. **22-21482**<br><br>Chapter **7**<br><br>Related to Document No. |

**NOTICE REGARDING MODIFICATION TO MAILING MATRIX**

In accordance with Local Bankruptcy Rule 1007-1(f) I, __**Brian C. Thompson, Esquire PA-91197**__, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above captioned case regarding the filing of an amendment to the schedules.

Commonwealth of PA
c/o Berkheimer
50 N. Seventh St.
Bangor PA 18013-0000

Ohio Dept. of Taxation
Attn: Bankruptcy
P.O. Box 530
Columbus OH 43216-0000

Drs. Grady, Kastner & Gornick
1000 Brooktree Road
Suite 200
Wexford PA 15090-0000

U.S. Small Business Administration
409 3rd St, SW
Washington DC 20416-0000

**PAWB Local Form 30 (07/13)**

| | |
|---|---|
| By: | **/s/ Brian C. Thompson, Esquire** |
| | Signature |
| | **Brian C. Thompson, Esquire PA-91197** |
| | Typed Name |
| | **125 Warrendale-Bayne Road** |
| | **Suite 200** |
| | **Warrendale, PA 15086** |
| | Address |
| | **724-799-8404 Fax:724-799-8409** |
| | Phone No. |
| | **PA-91197 PA** |
| | List Bar I.D. and State of Admission |

**PAWB Local Form 30 (07/13)**